# EXHIBIT B

```
                                            1

 1                    SUPERIOR COURT OF NEW JERSEY
                      CHANCERY DIVISION - HUDSON COUNTY
 2                    DOCKET NO. - F7827-10

 3   DRA ASIA, LLC as              CIVIL ACTION
     successor by assignment
 4   from FIRST AMERICAN           DEPOSITION OF:
     INTERNATIONAL BANK,
 5              Plaintiffs,        HELMER TORO
          vs.
 6   35 Real Estate Limited
     Partnership, Realholder
 7   Corporation, Garden
     Operations Limited
 8   Partnership, Garden
     Operations Realty
 9   Limited Partnership,
     Garden Operations
10   Corporation, United
     States of America, State
11   of New Jersey, DLC
     Services Corp., Robert
12   Benjamin, et al.,
                Defendants.
13        vs.
     FIRST AMERICAN
14   INTERNATIONAL BANK,
                Counterclaim-
15              Defendant

16   - - - - - - - - - - - - - - - - - -
           T R A N S C R I P T  of
17   Stenographic notes of the proceedings in the
     above-entitled matter as taken before NANCY
18   LEE CHURCHILL a Notary Public and Certified
     Court Reporter of New Jersey, License No.
19   XI01140, at the offices of WINDELS, MARX,
     LANE & MITTENDORF, ESQUIRES, 120 Albany
20   Street Plaza, New Brunswick, New Jersey, on
     Tuesday, March 15, 2011 commencing at 10:48
21   in the forenoon.

22

23
               VITALE REPORTING SERVICE
24             Certified Court Reporters
                    P.O. Box 369
25           Manasquan, New Jersey  08736
                   (732) 223-1263


             VITALE REPORTING (732) 223-1263
```

```
                                                              1

 1                    SUPERIOR COURT OF NEW JERSEY
                      CHANCERY DIVISION - HUDSON COUNTY
 2                    DOCKET NO. - F7827-10

 3   DRA ASIA, LLC as              CIVIL ACTION
     successor by assignment
 4   from FIRST AMERICAN           DEPOSITION OF:
     INTERNATIONAL BANK,
 5              Plaintiffs,        HELMER TORO
          vs.
 6   35 Real Estate Limited
     Partnership, Realholder                 COPY
 7   Corporation, Garden
     Operations Limited
 8   Partnership, Garden
     Operations Realty
 9   Limited Partnership,
     Garden Operations
10   Corporation, United
     States of America, State
11   of New Jersey, DLC
     Services Corp., Robert
12   Benjamin, et al.,
                Defendants.
13        vs.
     FIRST AMERICAN
14   INTERNATIONAL BANK,
                Counterclaim-
15              Defendant

16   - - - - - - - - - - - - - - - - - -
           T R A N S C R I P T  of
17   Stenographic notes of the proceedings in the
     above-entitled matter as taken before NANCY
18   LEE CHURCHILL a Notary Public and Certified
     Court Reporter of New Jersey, License No.
19   XI01140, at the offices of WINDELS, MARX,
     LANE & MITTENDORF, ESQUIRES, 120 Albany
20   Street Plaza, New Brunswick, New Jersey, on
     Tuesday, March 15, 2011 commencing at 10:48
21   in the forenoon.

22

23
                  VITALE REPORTING SERVICE
24                Certified Court Reporters
                        P.O. Box 369
25             Manasquan, New Jersey  08736
                      (732) 223-1263


             VITALE REPORTING (732) 223-1263
```

## Page 10

Q At 35 UPS Drive?
A Yes.
Q So, just we're all on the same page, you are the president and sole shareholder of the general partner corporation --
A Correct.
Q -- of the tenant at the 35 UPS Drive?
A Correct, correct.
Q And do you draw a salary as being president of that corporation?
A I'm being paid by the partnership.
Q By the Family Partnership?
A The family, yes.
Q Is it your testimony that you receive no income related to Garden Operation Corporation?
A Correct, yes.
Q And, sir, are you familiar with an entity known as 35 Real Estate Limited Partnership?
A Yes.
Q What is 35 Real Estate Limited Partnership?
A Owns the retail estate at 35 UPS

## Page 11

Drive.
Q Does 35 Real Estate LP do anything other than own the real estate?
A That's all it does.
Q The sole business of that entity is just to own the real estate?
A Right, that's correct.
Q Would I be correct in saying that the sole source of income for 35 Real Estate LP would be the operations of the real property itself at 35 UPS Drive?
A At the present time, yes, but there was another tenant there, which went bankrupt. It was Old Dutch Baking Company. Approximately 25,000 square feet occupied.
Q Old Dutch?
A Yes.
Q How big is the property itself?
A 74, 75,000 square feet, plus or minus.
Q And Old Dutch Bakery Company, that went bankrupt?
A Yes.
Q And do you know when that went bankrupt?

## Page 12

A I don't have it in front of me.
   MR. SLAMA: Mark this.
(Involuntary Petition Under Chapter 7 marked HT-1 for identification.)
Q Mr. Toro, you've been handed what's been identified as Exhibit HT-1. Take a look at that and let me know when your review is completed.
A Okay.
Q And, sir, just some preliminary questions. Jorge Delgado, do you know Jorge Delgado?
A Yes.
Q Jorge Delgado was your attorney. Correct?
A Yes, in-house attorney.
Q In-house attorney at what entity?
A For all the entities, you know, First Toro, Sixth Toro, Garden Operations, 35 Real Estate.
Q Is it fair to say that you're in charge of all those entities?
A Yes.
Q And at the time Mr. Delgado was the in-house attorney for all those entities?

## Page 13

A Yes.
Q And of course you authorized him to assist you in filing the involuntary bankruptcy against Old Dutch Baking company?
A I don't recall whether, who -- I know Dave filed it.
Q Who is Dave?
A Old Dutch Baking Company filed Chapter 11. I don't recall right now. I don't remember. I don't remember how that took place. I know eventually they did file Chapter 11, I know they closed the place, but the procedure how it goes, I don't remember. I would have to, you know, check with him.
Q Okay. But let's focus in on what's been marked for identification as HT-1.
A Okay.
Q Which I'll represent to you, sir, we actually pulled off the electronic filing system of the United States Bankruptcy Court today.
A Okay.
Q And if I could turn your attention specifically to Page 4, spilling into Page 5, where it says petitioners and there's an

...of the company.

Q As we sit here today, do you have understanding, approximately, I'm not going to hold you to the dollar?

A Around $3 million were loaned from the New York entities to the -- the 35 Real Estate, and Garden Operat -- both of them together, you know, loaned that money to it, because, you know, you had to pay the mortgage. So, there's no revenue coming in. Where's the money coming from?

Q So, those companies paid the mortgage?

A Correct, yes.

Q And they also put the improvements in the property?

A That's correct.

Q And, sir, those improvements that were put in the property, why were they necessary?

A To set up the equipment, because we moved the equipment from 46th Street over to New Jersey, to set it up.

Q And, just so I understand, what use was the property put to before you acquired

it?

A I'm sorry?

Q What was the property used for before 2006? I know you said you had Old Dutch in there, but --

A Yes, but their -- they were in the muffin's business and the thing, it was totally different from my operation.

Q I understand.

A Totally different.

Q But besides Old Dutch, what else was going on at the property when you bought it? What other uses was the property put to?

A Only Old Dutch acquired a small space and that's why we had all the extra space, you know, it worked out for me and to have both of us there.

Q Okay. But maybe I'm not making myself clear.

A Okay.

Q You bought the property. Right? You obviously saw this property and you said this is good for my business. Right?

A Right.

Q What use was the property put to

before such time as you acquired it, do you know? What did they use the property for?

A I'm sorry?

Q What did they use the property for before you bought it?

A Storage, the rest was storage and they only have a small bakery and the rest was just storage, you know.

Q You had to make all these improvements?

A That's correct, yes.

Q And you recollect the improvements cost about $3 million?

A Oh, yes. No, no, no. $3 million includes the mortgage payment, the labor, you know, the construction, you know, a combination of everything, approximately everything that money was loaned out.

Q Okay. And that is the money that was loaned out. My question to you is a little bit different. What do you estimate the improvements to the property to have been?

A Whatever it shows in the books and records.

Q You don't have any independent knowledge of it?

A I'm sorry?

Q You don't have independent knowledge as to what that figure would be today?

A Whatever it reflects on the books and records of the company.

Q Now, sir, you also borrowed money from an entity called DLC?

A Yes.

Q And DLC was -- that borrowing was secured by a mortgage. Right?

A Correct.

Q And that was about $700,000?

A Correct.

Q What was the purpose of the $700,000 loan?

A The purpose of the $700,000 loan?

Q Yes.

A That was to -- for them, that was used, that money was used to build the facility, for construction.

Q Did you get permission from FAIB, I'm using that as shorthand for First

## Page 74

can International Bank?
A  Sure, sure, sure, right, right, right.
Q  Did you get permission from FAIB to have a second mortgage placed on the property?
A  Yes, yes, the 700,000, yes.
Q  That was in writing?
A  Yes.
Q  You got permission from them in writing?
A  Yes.
Q  You have that writing with you here today?
A  No.
Q  And what about the equipment, where did you get your equipment from to install in the property?
A  Where did I get the equipment? Some I bought at auction and some I moved it from 46th Street over to -- to New Jersey.
Q  What type of equipment are we talking about?
A  Bagel-making equipment.
Q  Is that bolted into the property,

## Page 75

how does that work?
A  Some of it is bolted into the property, like the tunnel ovens, you know, and equipment, you know, plumbing equipment, refrigeration.
Q  Was any of that financed with Mr. Benjamin or with DLC?
A  He loaned me the money to be able to do the work.
Q  Sir, did there come a point in time where you stopped paying the mortgage?
A  There was, yes.
Q  When was that?
A  I don't recall.
Q  Was it in 2009?
A  Whatever the books and records show.
Q  Well, do you review the books and records at any point in time?
A  Huh?
Q  Do you personally review the books and records at any point in time?
A  From time to time I might review them, yes.
Q  And who directs the payments that

## Page 76

are made from the company? Who directs payments that are made by the company?
A  Myself.
Q  Does anybody else have the authority to direct payments?
A  No.
Q  In 2011, did you direct any payments be made pursuant to the terms of the mortgage or the note?
A  In 2011?
Q  2011?
A  If I had the money in the bank, I would make the payments, yes.
Q  Well, let's take it a different way, sir. You are aware that DRA Asia acquired the loan from First American International Bank. Right?
A  Yes.
Q  That's Mr. Stein's company, and he's here today?
A  Yes.
Q  Did you make any payments to Mr. Stein or his company in 2011, concerning mortgage --
A  I don't recall.

## Page 77

Q  You don't recall whether you made any payments?
A  I don't. Maybe, I don't -- I don't think so. I mean, I don't recall, you know, I mean, I don't think I did, no.
Q  What about in 2010, did you make any payments to DRA Asia on account of the mortgage or the note?
A  I don't think so.
Q  And what about in 2010, did you make any payments to First American International Bank?
A  In 2010?
Q  Ten?
A  I don't recall. I don't have the figures in front of me here.
Q  And in 2009 you are just not sure. Right?
A  Whatever the figures show, that's what I did.
Q  Okay. Were any lease payments made by Garden Operation Realty Corp., I'm sorry, Garden Operation Realty Limited Partnership to 35 in 2011 concerning the rent?
A  In 2011?

I mean, what I'm using right now my operation? I would say half of it.
Q Okay.
A Half.
Q And is the other half in rentable condition?
A Yes. I mean, as long as I get a tenant, I cleaned it all out.
Q Have you come to any conclusions or has anyone advised what the rental value of the remaining 37,000 square feet would be?
A You know what, when I speak to the real estate brokers, I ask them, he asks me how much I could get for the rental, I says as much as I could get, you know. Said, look, there's lot of inventory out there, why don't you just first show it to the people, if they're interested in renting it, if they want to, then let them present me with an offer and then at that time we will discuss it and make everybody aware of it, you know, and look I got a tenant, he wants to rent and, you know.
Q So, it's currently listed, is that your testimony?

VITALE REPORTING (732) 223-1263

A Yes, yes.
Q And is there any -- where is it listed again, sir?
A I could get you the name of that company.
Q Listed with a realty broker?
A Yeah, yeah, I get calls from all over the place, yeah.
Q It's not with a broker, but with an on-line service?
A It's -- one is with an on-line service and another one is with the broker who I originally bought the purchase, purchased the property, that broker, she has it, too, and I have another broker, as well, Sheila Sachs is one from Team Investors, Team Resources.
Q Okay.
A Is one. And she is trying to get me a tenant and he shows it.
Q Is there any price listed?
A No, right now I have it available, you know, I guess, you know make me an offer and then I will see if it makes sense and then I'll bring it back to the parties to be,

VITALE REPORTING (732) 223-1263

and, look, you guys, whatever, whatever, you know, whatever it is, it is, you know. I mean, if it's a good tenant and if they're willing to pay the price to start to lower my rent down because I don't need the space. I even told that to David Chin -- David Chin -- the person from First American Bank, I originally told them that, that I want to rent the space and I have it out there looking for me. And he says good, you know, just, you know, just what you need and the rest rent it out, absolutely, you know, otherwise turn it over to the bank.
Q Has any broker given you any opinion as to the value of that rental space?
A Value of the rental space? I gotten it from $2 to $3.
Q Per square foot?
A Per square foot, yeah, their main content is parking. And, everybody wants parking.
Q Have you performed any appraisals of the property?
A When the bank did the appraisal.
Q In 2006?

VITALE REPORTING (732) 223-1263

A Right, right, right.
Q Since then, have any appraisals been done?
A I don't remember.
Q And has any broker -- have you tried to sell the property?
A Yes.
Q And do you have it listed with anyone for sale?
A I tell everybody, listen, if you have anybody interested in buying it, you know, make me an offer and we'll go from there. But at that point in time I have got nothing serious. They come in, they take a look, they look around and then, you know, they'll get back to me and they're looking at other properties. So, nothing of concrete has ever come down, where I would, you know.
Q Sir, you executed several Certifications in this case, haven't you?
A What do you mean?
Q Well, certain documents?
A Yes, yes.
Q Okay. By way of an example?
A Sure, sure.

VITALE REPORTING (732) 223-1263