| | |
|---|---|
| IN RE: 35 Real Estate LP | CASE NO.: 11–11489–shl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 20–5316768 | CHAPTER: 11 |

# NOTICE OF HEARING TO CONVERT OR DISMISS
# TO THE DEBTOR AND INTERESTED PARTIES

Please take notice that:

1. Upon the application of the United States Trustee for the Southern District of New York, a hearing will be held before the Honorable Sean H. Lane at the United States Bankruptcy Court, Courtroom 701, One Bowling Green, New York, NY 10004–1408 at the above address, on June 1, 2011 at 10:00 AM or as soon thereafter as counsel may be heard, for an order converting this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code, or in the alternative, dismissing this Chapter 11 case and such other and further relief as may be deemed just and proper.

2. The original application has been filed on the Court's Electronic Case File System (ECF) at www.nysb.uscourts.gov. The system can be accessed via the Internet using a PACER password or at any of the three divisions of the Bankruptcy Court during posted business hours.

3. Responsive papers shall be filed with the Court on the Electronic Case File System (ECF) or by submission on a diskette or compact disc (CD) in PDF format.

4. If you are unable to comply with the requirements of #3 above, you must submit your document on a diskette or CD in Word, WordPerfect, or DOS text (ASCII). If you are unable to file electronically or submit a copy of your filing on diskette or CD, you may file conventionally provided that you submit with your filing an affidavit of your inability to comply.

5. Responsive papers shall be served on the United States Trustee at 33 Whitehall Street, 21st Floor, New York, New York 10004, no later than seven (7) days prior to the hearing date set forth above. A courtesy copy shall be filed with Chambers seven (7) days prior to the hearing date. Any responsive papers shall be in conformity with the Federal Rules of Bankruptcy Procedure and indicate the entity submitting the response, the nature of the response, and the basis of the response.

6. The hearing may be adjourned from time to time by announcement made in open court without further written notice.

Dated: April 22, 2011                                  Vito Genna
                                                       Clerk of the Court